UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-14013-CR-MOORE/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTWON JOSHUA WESLEY,

    Defendant.
_____/



FILED by _____ D.C.

DEC 17 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

REPORT AND RECOMMENDATION ON DEFENDANT'S
ADMISSIONS TO VIOLATIONS SET FORTH IN SUPERSEDING
PETITION FOR VIOLATIONS OF SUPERVISED RELEASE

**THIS CAUSE** having come on to be heard at the Defendant's initial appearance on December 17, 2010 in respect to the pending Superseding Petition Alleging Violations Of Supervised Release and this Court having conducted a hearing wherein the Defendant advised this Court that he wished to admit these violations, this Court recommends to the District Court as follows:

1. The Defendant appeared before this Court on December 17, 2010 for his initial appearance in respect to a Superseding Petition Alleging Violations Of Supervised Release. That Superseding Petition alleges the following violations:

| | |
|---|---|
| **Violation Number 1** | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On or about July 13, 2009, the defendant submitted a urine specimen, in the Middle District of Florida, which tested positive for marijuana. |
| **Violation Number 2** | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On or about July 27, 2009, the defendant submitted a urine specimen, in the Middle District of Florida, which tested positive for marijuana. |

**Violation Number 3**  **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On or about September 4, 2009, the defendant submitted a urine specimen, in the Middle District of Florida, which tested positive for marijuana.

**Violation Number 4**  **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On or about October 22, 2009, the defendant submitted a urine specimen, in the Middle District of Florida, which tested positive for marijuana and cocaine.

**Violation Number 5**  **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On or about November 19, 2009, the defendant submitted a urine specimen, in the Middle District of Florida, which tested positive for marijuana.

**Violation Number 6**  **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On or about November 23, 2009, the defendant submitted a urine specimen, in the Middle District of Florida, which tested positive for marijuana.

**Violation Number 7**  **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about November 3, 2009, in Hillsborough County, Florida, the defendant committed the offense of possession of cocaine, contrary to Florida Statute 893.13. On February 16, 2010, the defendant pled guilty in Case No. 2009CF18718, Hillsborough County, Florida, and was sentenced to 364 days county jail.

**Violation Number 8**  **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On or about January 6, 2010, the defendant submitted a urine specimen, in the Middle District of Florida, which tested positive for cocaine.

| | |
|---|---|
| **Violation Number 9** | **Violation of Special Condition**, by failing to participate in an approved treatment program on January 14 and January 20, 2010. On February 4, 2010, the defendant was unsuccessfully discharged from his substance abuse treatment program. |
| **Violation Number 10** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about February 1, 2010, in Hillsborough County, Florida, the defendant committed the offense of possession of cocaine contrary to Florida Statute 893.13, and possession of drug paraphernalia, contrary to Florida Statute 893.147. On February 16, 2010, the defendant pled guilty in Case No. 2010CF1664, Hillsborough County, Florida, and was sentenced to 364 days county jail. |

2.     After consultation with his attorney, the Defendant announced to this Court that he wished to admit the ten violations set forth in the Superseding Petition. This Court questioned the Defendant and made certain that he understood his rights in regards to an evidentiary hearing in respect to the alleged violations. Further, the Defendant acknowledged that he understood his rights in that regard and further understands that all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

**ACCORDINGLY**, based upon the Defendant's admissions to the ten violations under oath, this Court recommends to the District Court that the Defendant be found to have violated his supervised release in respect to the ten violations set forth in the Superseding Petition and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, the United States District Judge assigned to this case.

**DONE AND SUBMITTED** this _17th_ day of December, 2010, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. K. Michael Moore
AUSA Diana Acosta
AFPD Panayotta Augustin-Birch
U. S. Probation
U. S. Marshal